# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAVERN CHARLES FASTHORSE,

    *Petitioner*,

vs.

STATE OF NEVADA, *et al.*,

    *Respondents*.

2:16-cv-02495-APG-VCF

ORDER

Petitioner has submitted an application to proceed *in forma pauperis* and a habeas petition. ECF No. 1.

The matter has not been properly commenced because the pauper application does not include all required attachments. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2, a petitioner must attach both an inmate account statement for the past six months and a properly executed financial certificate. Petitioner did not attach a financial certificate or an inmate account statement for the past six months. The application therefore is incomplete.

The application for leave to proceed *in forma pauperis* will be denied, and the present action will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application on the proper form with all required attachments.

It does not appear from the papers presented that a dismissal without prejudice will materially affect a later analysis of any timeliness issue with regard to a *promptly* filed new action.

**IT THEREFORE IS ORDERED** that the application to proceed *in forma pauperis* (ECF No. 1) is **DENIED** and that this action shall be **DISMISSED without prejudice** to the filing of a new

petition in a new action with a properly completed pauper application.

**IT FURTHER IS ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

**IT FURTHER IS ORDERED** that the Clerk shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

**IT FURTHER IS ORDERED** that the Clerk of Court shall enter judgment accordingly and close this case.

Dated: November 10, 2016.

_____
UNITED STATES DISTRICT JUDGE

-2-